UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUTANIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICIAN PROFESSIONSALS, LLC. et al., <br><br> Defendants. | Case No. 5:15-cv-01030-PSG <br><br> **ORDER STRIKING ENTRY OF DEFAULT** <br><br> (Re: Docket No. 12) |

Plaintiff Nutanix, Inc. filed a motion for Entry of Default against Defendant Strategic Products and Services, LLC on March 30, 2015.[1] The Clerk entered default as of March 31, 2015.[2] In light of Nutanix's withdrawal of its motion on April 1, 2015,[3] the court STRIKES the entry of default.

**SO ORDERED.**

Dated: April 2, 2015

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 10.

[2] *See* Docket No. 12.

[3] *See* Docket No. 11.

Case No. 5:15-cv-01030-PSG
ORDER STRIKING ENTRY OF DEFAULT

1