1 | **LEWIS & LLEWELLYN LLP**
    Paul T. Llewellyn (Bar No. 216887)
2 |     Marc R. Lewis (Bar No. 233306)
505 Montgomery Street, Suite 1300
3 | San Francisco, California 94111
Telephone: (415) 800-0590
4 | Facsimile: (415) 390-2127
Email: pllewellyn@lewisllewellyn.com
5 |     mlewis@lewisllewellyn.com

6 | Attorneys for Plaintiff
NUTANIX, INC.
7 |
**DRINKER BIDDLE & REATH LLP**
8 | Matthew J. Adler (SBN 273147)
    matthew.adler@dbr.com
9 | 50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
10 | Telephone: (415) 591-7500
Facsimile: (415) 591-7510
11 |
Marita S. Erbeck (*pro hac vice*)
12 |     marita.erbeck@dbr.com
600 Campus Drive
13 | Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
14 | Facsimile: (973) 360-9831

15 | Attorneys for Defendant
STRATEGIC PRODUCTS AND SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUTANIX, INC., | Case No. 5:15-cv-01030-PSG |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT STRATEGIC PRODUCTS AND SERVICES, LLC** |
| v. | |
| TECHNICIAN PROFESSIONALS, LLC; STRATEGIC PRODUCTS AND SERVICES, LLC, | **Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| Defendants. | |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the parties'
2  settlement agreement, plaintiff Nutanix, Inc. and defendant Strategic Products and Services, LLC
3  hereby stipulate that the above-captioned action is dismissed with prejudice solely as to
4  defendant Strategic Products and Services, LLC, with each party to bear its own costs and
5  attorneys' fees.

| | |
|---|---|
| DATED: October 19, 2015 | LEWIS & LLEWELLYN LLP<br>Paul T. Llewellyn (SBN 216887)<br>Marc R. Lewis (SBN 233306)<br>505 Montgomery Street, Suite 1300<br>San Francisco, CA 94111<br>Telephone: (415) 800-0592<br>Fascimile: (415) 390-2127<br><br>By: /s/ Paul T. Llewellyn<br>Paul T. Llewellyn<br><br>ATTORNEYS FOR PLAINTIFF<br>NUTANIX, INC. |
| DATED: October 19, 2015 | DRINKER BIDDLE & REATH LLP<br>Matthew J. Adler (SBN 273147)<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br><br>Marita S. Erbeck (*pro hac vice*)<br>600 Campus Drive<br>Florham Park, NJ 07932-1047<br>Telephone: (973) 549-7000<br>Facsimile: (973) 360-9831<br><br>By: /s/ Matthew J. Adler<br>Matthew J. Adler<br><br>ATTORNEYS FOR DEFENDANT<br>STRATEGIC PRODUCTS AND SERVICES, LLC |