**LEWIS & LLEWELLYN LLP**
  Paul T. Llewellyn (Bar No. 216887)
  Marc R. Lewis (Bar No. 233306)
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone:  (415) 800-0590
Facsimile:  (415) 390-2127
Email: pllewellyn@lewisllewellyn.com
       mlewis@lewisllewellyn.com

Attorneys for Plaintiff
NUTANIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUTANIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICIAN PROFESSIONALS, LLC <br><br> Defendant. | Case No. 5:15-cv-01030-PSG <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1  NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil
2  Procedure, plaintiff Nutanix, Inc. voluntarily dismisses without prejudice the above-entitled
3  action against defendant Technician-Professionals, LLC ("Tec-Pros").  This notice of dismissal
4  is being filed with the Court before service by Tec-Pros of either an answer or a motion for
5  summary judgment.

6  DATED: November 17, 2015            LEWIS & LLEWELLYN LLP
                                       Paul T. Llewellyn (SBN 216887)
7                                      Marc R. Lewis (SBN 233306)
                                       505 Montgomery Street, Suite 1300
8                                      San Francisco, CA 94111
                                       Telephone: (415) 800-0592
9                                      Fascimile: (415) 390-2127

                                       By: /s/ Paul T. Llewellyn
11                                     Paul T. Llewellyn

12                                     ATTORNEYS FOR PLAINTIFF
13                                     NUTANIX, INC.

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to this action, and I am employed in the office of a member of the Bar of this Court at whose direction the service was made. My business address is Lewis & Llewellyn LLP, 505 Montgomery Street, Suite 1300, San Francisco, CA 94111. I am familiar with the office practice of Lewis & Llewellyn LLP for collecting and processing documents for delivery.

On **November 17, 2015**, in accordance with the office practices of Lewis & Llewellyn LLP, I served a true copy of the following document(s):

**NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE**

by serving a true copy of the above-described document in the following manner:

☒ (**By U.S. Mail**) I placed the document(s) listed above in a sealed envelope or package in the manner addressed below and deposited the sealed envelope or package with the United States Postal Service with postage thereon fully prepaid.

The document listed above was sent to the following addressee:

Jay Race
Technician Professionals, LLC
11705 Berry Road, Suite 301
Waldorf, MD 20603

I declare that under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 17, 2015**, at San Francisco, California.

/s/ Amanda J. Jarvis
Amanda J. Jarvis